[No. 4591–1. Division One. April 4, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMMIE JONES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 74278, William C. Goodloe, J., entered March 26, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 1824–3. Division Three. April 6, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL GRANT, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 19280, Bruce P. Hanson, J., entered December 4, 1975. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.

[No. 1839–3. Division Three. April 6, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. JACKSON CARL MARSHALL, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 6578, Sidney R. Buckley, J., entered January 5, 1976. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.